## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRUDY KNORR**, )
        **Plaintiff,** )
)
vs. )
) **Civil No.** 14-cv-1378-CJP
**CAROLYN W. COLVIN,** )
)
        **Defendant.** )
)

### JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 22), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Trudy Knorr and against defendant Carolyn W. Colvin, Acting Commissioner of Social Security.

DATED:  11/17/2015

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY:**   s/ Jessica L. Robertson
                                                            **Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**Clifford J. Proud**
**U.S. Magistrate Judge**