IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRUDY KNORR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.  14-cv-1378-CJP |
| | ) |
| **COMISSIONER of SOCIAL SECURITY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Petitioner for Award or Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA).   **(Doc. 24).**

Plaintiff seeks $3,500.00 in attorney's fees.   Defendnat agrees that amount is appropriate.   See, Doc. 26.

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees, expenses and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that a fee in the amount of $3,500.00 is reasonable and appropriate.

Plaintiff's Petition **(Doc. 26)** is **GRANTED**.   The Court awards plaintiff Trudy Knorr the sum of **$3,500.00** (three thousand, five hundred dollars) for attorney's fees pursuant to the Equal Access to Justice Act.   These funds are payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in accordance with the EAJA assignment previously executed by plaintiff and her

attorney, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney.

**IT IS SO ORDERED.**

**DATE:   December 28, 2015.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
